# Order

Michigan Supreme Court
Lansing, Michigan

November 22, 2010

141660-1

OAKHILL L.P., INC.,
        Petitioner-Appellee,

v

TOWNSHIP OF SHELBY,
        Respondent-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 141660
COA: 291238
MTT: 00-294142

_____/

OAKHILL II,
        Petitioner-Appellee,

v

TOWNSHIP OF SHELBY,
        Respondent-Appellant.

SC: 141661
COA: 291239
MTT: 00-294145

_____/

On order of the Court, the application for leave to appeal the July 15, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk